at all. Oral argument not to exceed 15 minutes per side. When ready, Mr. Ghasemi for the appellate. Good morning, Your Honors, and thank you for the opportunity to be here to hear you. I'm sorry, I'll try to speak louder. 2000, the facts are important in this case, so I would like to start by providing a court with a summary of significant facts in this case. And the facts were stipulated to by the government in the district court. So I don't believe the factual, there's any factual dispute. 2002, Mrs. Serrano marries a Mexican citizen. Ten years later, after having four children, her husband is arrested and removed to Mexico by ICE. She retains counsel and files a petition to bring him back. The petition is approved by USCIS in 2012. So we are in the process of processing his immigrant visa to bring him back from Mexico to be reunited with his family. Then we receive a decision, not a decision, a notice of intent to revoke from USCIS. They want to revoke the approved petition based on allegation of marriage fraud. Not the current marriage. USCIS is claiming that Mr. Serrano, 15 years ago, was fraudulent. That would be enough to deny it though, right? Correct. They give a 30 day notice. Well, they claim there is substantial evidence of marriage fraud, which is a one paragraph statement by an angry ex-wife. Not an affidavit as the government claims in its brief. Just a statement. Didn't Mr. Serrano say that, didn't he admit that he was removable because he had committed marriage fraud? Well, the marriage fraud determination was made way much earlier and then the deportation and all those were the consequences of the prior determination by USCIS. And he was detained. He didn't have a choice. And he was given voluntary departure, by the way, not deported initially. But as far as admitting the marriage fraud, I don't believe he had I don't know what happened back in 1996, I believe it was, or earlier. But as far as conceding the marriage fraud, that was after the fact. Okay, but he admitted and he asked that he be voluntarily removed rather than be deported. Why wouldn't he? When a person is detained, Your Honor, what do you expect for these people to do? But what we have, be that the case, what we have is a statement that he was removable, an admission by him that he was removable. It's hard for a court of law to overlook that admission. Well, the Notice to Appeal, which is a charging document issued by Homeland Security, they provide allegations of, two allegations specifically. One had to do with the fact that his conditional permanent residence status was terminated. And it was terminated because of the allegation of marriage fraud made by his first wife. And he did not, he didn't contest it. Because he wanted to get out of jail and leave, as many inmates do. But, fast forward, you know, anyway, the Notice of Intent to Revoke was, gave Mrs. Farhana 30 days to prove that her husband's prior marriage was not fraudulent. Imagine this. She's placed in a position where she has to prove her husband's prior marriage was bona fide. I married my second wife that I married too happily. I didn't ask her about her prior marriage. And what would she know about her husband's prior marriage? But that's what the regulations require. I want to step back and see whether we have any jurisdiction to address it. Under the Mahana case, which, as I understand it, interpreted this particular type of revocation as being sufficiently within the discretion of the Attorney General to fall within the preclusion of review. That was a determination not based on the facts of that case, but based on the content of the statutory provision, is that right? Now the reasoning is, this statute is one that gives the Attorney General discretion, and therefore it is a statute that is hooked into by the jurisdictional stripping provision. It is. And that provision, as I understand it, covers discretionary decisions and constitutional decisions and factual decisions and legal decisions. They're all, none of them, reviewable because it fits within that category. How do you respond to that? First of all, Your Honor, when we were in district court, and we knew that Mahana decision had been made by the court, although we believe Mahana does not control this case because Mahana, for the reasons stated in our brief, didn't involve the constitutional rights of a U.S. citizen in terms of marriage. But it didn't involve the statute that they interpreted. So if that interpretation is correct, it wouldn't matter what you were arguing, would it? Yes, but really we're not here to argue whether Mahana is controlling or not. Even assuming that Mahana applies, that is not why we are here. When we were in district court, Mrs. Solano filed a second petition for her husband. Now that's a different issue. And that was denied. Revocation first. Yes. I'm having trouble seeing. You have to convince me, candidly, to get my vote. You have to convince me that that, on the revocation, that there's jurisdiction because it just seems flat out that we have no jurisdiction to review that decision. Then we can get to the other decision, all right? Is there anything that you can give me that will support taking jurisdiction over the first question? Except the fact that the Mahana decision did not involve the constitutional rights of the U.S. citizen. I understand that, but I'm having trouble seeing how that affects the interpretation of the statutory provision. Yeah, I understand the revocation decision is a discretionary decision and may not be reviewed. That part I have explained to my client. It's not just the discretion that can't be reviewed. That decision can't be reviewed because the statute has discretionary language, right? Do you want to proceed to the other argument about the subsequent determination? Yeah. The I-130, the second petition she filed at the middle of the lawsuit, when we met with Judge Neff at the status conference, I informed the court that a second petition has been filed with the USCIS. For sure and with certainty, that petition is going to be denied. USCIS has to deny it. Is it properly before us, is my question? Yes, it is, because that was a part of the district court proceedings, Your Honor, and a district court decision. Wait. How was it a part of the district court proceedings? Because you informed the judge that it existed, that you had filed the second one, and you expected it to be denied? No, no, no. At one point in time, the decision that USCIS, the I-130 was denied, and we filed a motion to submit evidence of denial to the district judge as a part of the district court proceedings. Have you taken an appeal from that denial, a direct appeal from that denial of the second petition? Could you have, and did you? Your Honor, here is the difficulty in this case. We know the I-130 is denied, right? So we can go ahead and file a new lawsuit in federal district court, and if we don't like the outcome, then come back here? I understand. From your perspective, and maybe from this court's perspective, it's more efficient to deal with everything all at once. But my question is just, so you haven't taken an appeal, a separate appeal of that denial? I have not. I have to file an action in district court first. Yeah. Could you still do that? Yes, I can, but I can't. No, there's no time limit on that. I can do that. Could you have moved to amend what you already filed? There was no requirement. The judge did not require me to amend. The government had filed a motion for summary disposition. We responded to that and made that denial a part of the response. The court still has jurisdiction to review the I-130 denial, at least. I want to see if I understand your argument. Are you suggesting that you put forward that it wasn't necessary to do, and the government did not respond to that, thereby foregoing the requirement that you actually? The government's brief doesn't mention the denial of the I-130 petition, period. They don't even address that issue. They don't address it, but they don't say it's before the court. See, the question, as I understand what Judge Larson is asking about, is whether it's actually before the court or not. Not that it's been mentioned or referred to. That happens a lot. People say, oh, yeah, counsel, oh, yeah, Your Honor, there's another suit I'm bringing or that I might bring or there's another thing that I might challenge later. You should know about it. Judge Rogers, is a part of the record in the district court proceedings, is a part of the record before the district judge? A part of the record is not the same as having the record. I know, but when the judge was making a ruling on the motion for summary disposition by the government, and we submitted that as a part of our response, doesn't the district judge have to review our response and consider the fact that the petition has been denied now? He might have to consider that if it had any relevance or if it was relevant to the petition on the revocation. But I think the question is whether she had even the authority at that point to review whether or not the second petition itself, the denial, was rightly or wrongly granted. And I think that's what we're struggling with, is that the district court may not have believed that she had the authority. She has to review it. By statute, that is not discretionary, Your Honor. Well, if you brought a proper action, that's the question. What was the proper action? The proper action was based on different jurisdictional grounds we had submitted to the district court. And I'm not understanding why the judge, instead of focusing on revocation and saying, I don't have discretion or I don't have jurisdiction to review, now she has a denial decision in front of her. Why couldn't she make a decision on that and review the case? I can tell you where I'm coming from. I'm an appellate judge. I'm familiar with how the appeals court works. If somebody, if a district court gets its decision appealed to us and then later the district court does something else, we just don't even look at that. People can talk about it and you can say this has happened and we can say that's interesting, but we just don't even look at it because it hasn't been appealed to us. Even though it came out of the same case, even though another appeal could have been filed and it could have been consolidated, but that didn't happen, we just don't look at it. Why is it any different when you're talking about a district court reviewing an agency? It would seem like the same rule would apply. You look at the cases that have been petitioned for review and you don't look at things that happened after the petition for review was filed, unless the petition for review is amended to include that. The district judge did not require me to amend my complaint that was filed with the district court because at that time the motion for summary judgments had already been filed and we were trying to respond to it when the denial decision came. It came late, at the latest stage of the proceedings, no question about it, but way before she made her ruling on the motion for summary judgment. Her ruling on the motion for summary judgment also doesn't address whether or not the denial was valid or not. It doesn't and that's why we are here. Why didn't she address that issue? That means we have to go back, re-litigate the whole issue, waste valuable resources, financial resources that this family is struggling with, file a new lawsuit. I think it's the first time in the court of appeals when it's supposed to be in the district court. The district court didn't think it had it before it. I have to go to the district court first. This is not a removal case. This is based on a denial of an I-130 petition, totally separate from removal proceedings. If there are no more questions, we'll hear the other side. Thank you, sir. I appreciate it. Good morning, Your Honors. Cherise Pratt for the Federal Defendants. May it please the Court. As Plaintiff's Counsel has conceded, Mahana specifies by statute that revocations are discretionary and there is no jurisdiction to review them. Moreover, the revocation does not violate her constitutional rights. While the Fourth Amendment prohibits deprivation. It doesn't matter if it did though, right? Right. No jurisdiction. And then as far as the... Excuse me? With the I-130 denial? Well, what happened was the complaint was filed in May 2016 and the denial occurred in December 2016 after the motion to dismiss was briefed. And the Plaintiff's Counsel asked if they could submit it as an exhibit and court gave him leave to do so. But he never amended the complaint. He never moved to amend the complaint. There were no allegations in the complaint regarding the I-130 denial which hadn't even occurred at the time that the complaint was filed. Is it clear that Judge Neff treated that agency action as not before it? It was not before the court. It was just an exhibit. That's what the district court treated, acted on the basis of it not being before it? That's clear. The only issue that was briefed... How should the party have proceeded to get that issue before the court? That's not subject to the discretionary rule. The 1252 bar. This is not discretionary and the other one is, but that appears to be what the law is. Correct. So they could have raised some sort of constitutional issue or abuse of discretion issue or something with respect to the denial. He could have moved to amend the complaint. How would he have done that? He could have moved to amend the complaint to add allegations regarding the I-130 denial. Is it too late for him to bring a case now? Well, he can still bring a new case. So he's not out of time? No, he's not out of time. And it's clear that before the district court, the proper motion would have been to move to amend the complaint. There's no doubt in my mind. Yes, because the complaint doesn't even address it because it hadn't even happened at the time he filed the complaint. Okay, I think we understand that. Thank you, Your Honors. Do you have rebuttal? I do not, Your Honor. Please come forward if you have rebuttal. Yeah, I just want to point out that the only option we have at this point in time if the appeal is dismissed is to go back to the district court and start this process all over again and come back before the district court. Unfortunately, that's the result of not moving to amend your complaint is what it appears like. Had the judge given me any, because it came late, very late in the lawsuit. So had the judge made me, you know, informed me that it was a requirement to do it, now we have to start everything. The opposing counsel says you're not out of time. No, there is no statute of limitations on filing a new lawsuit in federal district court and then ultimately coming back here again, which... I understand that generally you can't... Go ahead. I was going to say, what kind of relief do you want from this court? We want the court to send the case, to remand the case back, which is the easiest thing to do, to remand the case back to district court and ask the judge to review the denial of the I-130 petition. That is all we are asking. But he said, or the court, she said that there was no jurisdiction, right? So you have to overcome that hurdle? No, the court does have jurisdiction over the denial of I-130. The court just didn't have jurisdiction based on Mahana and the specific language of the statute on the revocation decision. But on the denial of the I-130, the district court clearly has jurisdiction, and that is not disputed by the government, and it is mandatory for the court to review it. So instead of filing a new lawsuit, we are asking the court to simply remand the case to Judge Neff and ask the judge to review the denial of I-130, and we can file new briefs and argue the case depending on the outcome. It seems like that would be easy. Exactly. It would send a message that you don't need to amend your complaint. You can just challenge something that happened after your petition, which would be a bad message for us to send, wouldn't it? Well, we are still going to file, the government, I'm sure, is going to file another motion for summary judgment. We're going to brief that issue again. I hate to tell Judge Neff she did something wrong. No, she didn't. And, again, this denial came very late in the district court proceeding, so that's what happened. But if we have to file a new lawsuit, so be it. I just didn't want to put my clients through the expenses of doing that. Thank you very much for your time. I appreciate it. Please call the next case.